Debtor    Chapter 11

# SCHEDULE D — CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

**LEGEND**
(1) Creditor's Name and Mailing Address Including Zip Code
(2) Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien
(3) Amount of Claim without Deducting Value of Collateral
(4) Unsecured Portion, if any

| (1) | (2) | (3) | (4) |
|---|---|---|---|
| None | | | |
| | | | |

309065v1