Case 8:01-bk-16360-RK   Doc 214-1   Filed 09/04/01   Entered 09/05/01 00:00:00   Desc
Main Document   Page 1 of 1

In re Krause's Furniture Inc.
         Debtor

Case No. SA 01-16357-JB

Chapter 11

# SCHEDULE E — CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS (check the appropriate box(es) below if claims in that category are listed on the attached sheets)**

☐ **Extensions of Credit in an Involuntary Case.**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, Salaries and Commissions.**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $4,300 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to Employee Benefit Plans.**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain Farmers and Fishermen.**
Claims of certain farmers and fishermen, up to a maximum of $4,300 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by Individuals.**
Claims of individuals up to a maximum of $1,950 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support:**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(8).

☐ **Taxes and Certain Debts Owed to Governmental Units.**
Taxes, customs duties, and penalties owing to federal, state, and local government units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution.**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

(1) Creditor's Name and Mailing Address Including Zip Code
(2) Date Claim was Incurred and Consideration for Claim
(3) Total Amount of Claim
(4) Amount Entitled to Priority

| (1) | (2) | (3) | (4) |
|---|---|---|---|
| None | | | |
| | | | |

309065v1