Weneta M.A. Kosmala, Esq.
c/o **LAW OFFICES OF**
**WENETA M.A. KOSMALA**
Post Office Box 16279
Irvine, California 92623-9998
Telephone: (714) 708-8190
Facsimile: (714) 708-0666

Chapter 7 Bankruptcy Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:01-bk-16360-RK |
| **KRAUSE'S CUSTOM CRAFTED FURNITURE CORP.**, a California corporation; **CASTRO CONVERTIBLE CORPORATION**, a New York corporation; **KRAUSE'S FURNITURE, INC.**, a Delaware corporation, | (Substantively consolidated with Case Nos. 8:01-bk-16361-RK and 8:01-bk-163570-RK) |
| | Chapter 7 |
| | **AMENDED NOTICE OF UNCLAIMED DIVIDENDS(S) (FRBP 3011)** |
| Debtor(s). | [No Hearing Set.] |

**TO JON D. CERETTO, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto check No. 2142 in the sum of $96,917.68 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each person entitled to said unclaimed dividend is attached.

Dated: December 10, 2009

_____
Weneta M.A. Kosmala,
Chapter 7 Bankruptcy Trustee

| In re:<br>**KRAUSES CUSTOM CRAFTED FURNITURE CORP et. al.,**<br><br>Debtor(s). | CHAPTER 7<br><br>CASE NUMBER **8:01-bk-16360-RK** |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

P.O. Box 16279, Irvine, CA 92623-9998

The foregoing document described **AMENDED NOTICE OF UNCLAIMED DIVIDEND(S) (FRBP 3011)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 12/15/09, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Kyra E Andrassy     kandrassy@wgllp.com
Bradley D Blakeley     bblakeley@blakeleyllp.com
William M. Burd     wmburd@burd-naylor.com
Susan S Davis     sdavis@coxcastle.com
Andrew A Goodman     agoodman@andyglaw.com
Jeffrey T Gwynn     jgwynn@gwynn-law.com
Jay W Hurst     jay.hurst@oag.state.tx.us
William H. Kiekhofer     wkiekhofer@mcguirewoods.com
Weneta M Kosmala     Weneta.Kosmala@7trustee.net, ca15@ecfcbis.com

Hutchison B Meltzer     hmeltzer@wgllp.com
Todd C. Ringstad     becky@ringstadlaw.com
Bradley J Stevens     bstevens@jsslaw.com
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
Scott H Yun     syun@stutman.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On 12/15/09, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*
Honorable Robert N. Kwan – 411 West Fourth Street, Suite 5165, Santa Ana, CA 92701-4593

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/15/09 | David M. Fitzgerald | /s/David M. Fitzgerald |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                               **F 9013-3.1**