| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Brett A. Axelrod (SBN 168657)<br>Micaela Rustia (SBN 243484)<br>FOX ROTHSCHILD LLP<br>1800 Century Park East, Ste. 300    3800 Howard Hughes Parkway, Ste. 500<br>Los Angeles, CA 90067    Las Vegas, Nevada 89169<br>Tel: (310) 556.8786    Tel: (702) 262.6899<br>Fax: (310) 843.9910    Fax: (702) 597.5503 | |

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re: KRAUSES' CUSTOM CRAFTED FURNITURE CORP., a<br>California corporation; CASTRO CONVERTIBLE<br>CORPORATION, a New York corporation; KRAUSES'<br>FURNITURE, INC., a Delaware corporation<br><br>                                                         Debtor. | CASE NUMBER 8:01-bk-16360-RK<br><br>HEARING DATE:<br><br>TIME:<br><br>PLACE: |

## MOTION FOR ORDER RELEASING UNCLAIMED FUNDS

I, under penalty of perjury under the laws of the United States of America declare (or certify, verify, or state) that the following statements and information are true and correct:

1.  I request an order releasing the total amount of $ 55,561.25                which is the sum of all monies deposited with the court on the following date(s) December 3, 2009 pursuant to Notice of Unclaimed Dividends (FRBP 3011) on behalf of the creditor Concord Transaction Services, LLC, successor-in-interest to EFS National Bank           on claim number(s)  KCC05312

2.  Please check and complete the applicable subparagraph(s) below:

    ☐  a.  I am the creditor named in paragraph 1.

    ☐  b.  I am an employee of the creditor named in paragraph 1 and my title is _____.
        The creditor is still legally entitled to the monies and I am authorized by the creditor to this petition.  Submit evidence establishing authority to act on behalf of creditor.

    ☒  c.  I am the creditor and have appointed Fox Rothschild LLP _____
        as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

    ☐  d.  Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because (submit evidence establishing basis for right to obtain payment).

        _____

        _____

        _____

        _____

*(Continued on next page)*

*Revised November 2008*    This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 3011-1**

Motion for Order Releasing Unclaimed Funds - *Page 2*                    **F 3011-1**

| In re KRAUSES' CUSTOM CRAFTED FURNITURE CORP., et al. | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER 8:01-bk-16360-RK |

3.  Please complete each of the following subparagraphs:

    a.  The following is the creditor's address and phone number:

        c/o  Brett A. Axelrod, Esq. and Micaela Rustia, Esq.

        Fox Rothschild LLP, 3800 Howard Hughes Parkway, Suite 500, Las Vegas, Nevada 89169

        (702) 262.6899

    b.  A brief history of the creditor (from the filing of the claim to the present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s).  Submit evidence establishing the sale of the company from the prior to the new owner(s):

        Since filing of the claim, EFS National Bank has been acquired by successor-in-interest Concord Transaction Services, LLC.

        first by merger into Concord EFS Interim Industrial Bank on December 10, 2003.  Subsequently, EFS Interim Industrial Bank

        merged into Concord Transaction Services, LLC on February 13, 2004.  The Articles of Merger and Plan of Merger for each

        of the transactions were filed with the Colorado Secretary of State on February 26, 2004. Attached as Exhibit "A" is a true and

        correct copy of (1) Corporate Certificates, (2) Articles of Merger and (3) Plan of Merger for all of the successors-in-interest

        above, and (4) un-cashed check previously issued by the Trustee to EFS National Bank (Check No. 2139, dated 8/24/2009).

4.  I understand that, pursuant to 18 U.S.C. § 152, I may be fined or imprisoned, or both, if I have knowingly and fraudulently made any false statements in this document.

Motion for Order Releasing Unclaimed Funds - *Page 3*     **F 3011-1**

| In re KRAUSES' CUSTOM CRAFTED FURNITURE CORP., et al. | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER 8:01-bk-16360-RK |

_Signature of Creditor/Successor_

John G. Atkins
_Type or Print Creditor's/Successor's Name_

Concord Transaction Services, LLC
_Creditor's/Successor's Address_

6200 South Quebec Street, Suite 420B

Greenwood Village, CO 80111

(Corporate Seal if applicable)

STATE OF CALIFORNIA, COUNTY OF State of Colorado, county of Arapahoe

On 10/18/10 _____ before me, personally appeared *(insert name and title of the signer)*

John G. Atkins, Managing Attorney

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

Cheryl A. Cummins
_Notary Public_

(SEAL)

My commission expires on 6/26/11

Motion for Order Releasing Unclaimed Funds - *Page 4*                    **F 3011-1**

| In re KRAUSES' CUSTOM CRAFTED FURNITURE CORP., et al. | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER 8:01-bk-16360-RK |

_____
*Signature of Attorney/Attorney-in-Fact (if appointed)*

Micaela Rustia
_____
*Type or Print Name*

 Fox Rothschild LLP
_____
**Address**

 3800 Howard Hughes Parkway, Suite 500
_____

 Las Vegas, NV 89169
_____

STATE OF NEVADA , COUNTY OF CLARK _____

On 10/21/10 _____ before me, personally appeared *(insert name and title of the signer)*

Micaela Rustia, attorney at Fox Rothschild LLP
_____

_____

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.  WITNESS my hand and official seal.

*Patricia Boesch*
*Notary Public*

My commission expires on 4/23/2011 _____

(SEAL)

Presented by:

_____

NOTARY PUBLIC
PATRICIA J. BOESCH
STATE OF NEVADA - COUNTY OF CLARK
MY APPOINTMENT EXP. APRIL 23, 2011
No: 99-54552-1

_____

_____

Motion for Order Releasing Unclaimed Funds - *Page 5*                    **F 3011-1**

| In re KRAUSES' CUSTOM CRAFTED FURNITURE CORP., et al. | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER 8:01-bk-16360-RK |

## PROOF OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America that on  10/21/10                             ,
I mailed in a sealed envelope, with postage thereon fully prepaid, a fully completed true and correct copy of the document described as "Motion for Order Releasing Unclaimed Funds" to the United States Attorney, United States Trustee, and other persons and entities required to be served by Local Bankruptcy Rule 3011-1(b) and addressed as follows:

Hon. Robert N. Kwan, 411 West Fourth Street, Suite 5165, Santa Ana, CA 92701-4593

United States Attorney, 312 North Spring Street, Los Angeles, CA 90012

United States Trustee's Office, 725 S. Figueroa, 26th Floor, Los Angeles, CA 90017

Please insert the name and address of the trustee appointed in the case and the trustee's counsel, if any:

Weneta M.A. Kosmala, Chapter 7 Bankruptcy Trustee

c/o Law Offices of Weneta M.A. Kosmala

P.O. Box 16279, Irvine, CA 16279

Please insert the name and address of the Debtor, Debtor in Possession, reorganized Debtor, or other fiduciary appointed to supervise the distribution of funds and assets of the estate (if not the claimant) and their counsel, if any:

Krause's Custom Crafted Furniture Corp.

200 N. Berry Street

Brea, CA 92821

Scott H. Yun

1901 Avenue of the Stars, Suite 1200

Los Angeles, CA 90067

If Movant is not the original creditor or an employee thereof, please insert the name and address of the original creditor and the creditor's counsel, if any:

EFS National Bank,  c/o Franklin Childress Jr., Esq.

Baker Donelson, Bearman, Caldwell & Berkowitz, PC

165 Madison Avenue, Memphis, TN 38103

10/21/10
Date

*Micaela Rustia*
*Signature*

Micaela Rustia, Fox Rothschild LLP
*Type or Print Name*

\