**ORIGINAL**

FILED
FEB 15 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**FOX ROTHSCHILD LLP**
Brett A. Axelrod, Esq. (California Bar No. 168657)
Micaela Rustia, Esq. (California Bar No. 243484)
1800 Century Park East
Suite 300
Los Angeles, CA 90067
Telephone:  (310) 598-4150
Facsimile:   (310) 556-9828
Email:    baxelrod@foxrothschild.com
          mrustia@foxrothschild.com

*Attorneys for Concord Transaction Services, LLC,
Successor-in-interest to EFS National Bank*

## UNITED STATE BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>KRAUSES' CUSTOM CRAFTED FURNITURE CORP., a California corporation; CASTRO CONVERTIBLE CORPORATION, a New York corporation; KRAUSES' FURNITURE, INC., a Delaware corporation,<br><br>Debtor. | Case No. 8:01-bk-16360-RK<br><br>**MOTION FOR RECONSIDERATION OF MOTION FOR ORDER RELEASING UNCLAIMED FUNDS** |

Concord Transaction Services, LLC, successor-in-interest to EFS National Bank ("Concord") by and through its counsel Fox Rothschild LLP ("Fox Rothschild"), hereby submits its Motion for Reconsideration of Motion for Order Releasing Unclaimed Funds ("Motion for Reconsideration"). In support of its Motion for Reconsideration the Fox Rothschild respectfully represents as follows:

**I.    FACTUAL BASIS**

1.    On January 12, 2011, Concord filed its Motion for Order Releasing Unclaimed Funds [Docket No. 1477].

2. On January 26, 2011, the Court entered its Order Denying Motion for Order Releasing Unclaimed Funds [Docket No. 1478], citing that the Motion did not include a W-9 form with Taxpayer Identification number.

3. A true and correct copy of Concord's W-9 form with Taxpayer Identification number is attached hereto as Exhibit 1.

**WHEREFORE**, Concord respectfully requests that the Court reconsider its Motion for Order Releasing Unclaimed Funds.

DATED: February 11, 2011            Respectfully submitted,

**FOX ROTHSCHILD LLP**

By: /s/ Micaela Rustia
Brett A. Axelrod, Esq. (California Bar No. 168657)
Micaela Rustia, Esq. (California Bar No. 243484)
1800 Century Park East
Suite 300
Los Angeles, CA 90067
Telephone: (310) 598-4150
Facsimile: (310) 556-9828

*Attorneys for Concord Transaction Services, LLC, Successor-in-interest to EFS National Bank*

# EXHIBIT 1

Case 8:01-bk-16360-RK    Doc 1479    Filed 02/15/11    Entered 02/16/11 11:50:06    Desc
                    Main Document      Page 3 of 6

| Form **W-9** (Rev. October 2007) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** | Give form to the requester. Do not send to the IRS. |

**Print or type / See Specific Instructions on page 2.**

Name (as shown on your income tax return)
**Concord Transaction Services, LLC**

Business name, if different from above

Check appropriate box: ☐ Individual/Sole proprietor ☐ Corporation ☐ Partnership
☑ Limited liability company. Enter the tax classification (D=disregarded entity, C=corporation, P=partnership) ▶ P
☐ Other (see instructions) ▶
☐ Exempt payee

Address (number, street, and apt. or suite no.)
**6200 S Quebec Street**

City, state, and ZIP code
**Greenwood Village, CO 80111**

Requester's name and address (optional)

List account number(s) here (optional)

### Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

or

Employer identification number
**20   0187517**

### Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. See the instructions on page 4.

Sign Here | Signature of U.S. person ▶ *[signature]* | Date ▶ 2/8/11

JANET A. MCCLAIN (?)
ASSISTANT TREASURER

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

### Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
- An estate (other than a foreign estate), or
- A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

The person who gives Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States is in the following cases:

- The U.S. owner of a disregarded entity and not the entity,

Cat. No. 10231X          Form **W-9** (Rev. 10-2007)

ORIGINAL

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3800 Howard Hughes Parkway, Suite 500, Las Vegas, Nevada 89169

A true and correct copy of the foregoing document described as ***Motion for Reconsideration of Motion for Order Releasing Unclaimed Funds*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***Fill in Date Document is Filed,*** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **2/14/11,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Weneta M.A. Kosmala
Chapter 7 Bankruptcy Trustee
c/o Law Offices of Weneta M.A. Kosmala
P.O. Box 16279
Irvine, CA 16279

Krause's Custom Crafted Furniture Corp.
200 N. Berry Street
Brea, CA 92821

Scott H. Yun
1901 Avenue of the Stars, Suite 1200
Los Angeles, CA 90067

EFS National Bank
c/o Franklin Childress Jr., Esq.
Baker Donelson, Bearman, Caldwell & Berkowitz, PC
165 Madison Avenue
Memphis, TN 38103

Hon. Robert N. Kwan
411 West Fourth Street, Suite 5165
Santa Ana, CA 92701-4593

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                F 9013-3.1.PROOF.SERVICE

United States Attorney
312 North Spring Street
Los Angeles, CA 90012

United States Trustee's Office
725 S. Figueroa, 26th Floor
Los Angeles, CA 90017

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***Fill in Date Document is Filed,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/14/11 | | _[signature]_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                          F 9013-3.1.PROOF.SERVICE